**John M. WALSH et al., Appellants, v. BANK OF LASSEN COUNTY et al., Appellees.**

**PATRICK WALSH & SONS, Inc., et al., Appellants, v. Mary C. HILL et al., Appellees.**

**Nos. 6074, 6075.**

Circuit Court of Appeals, Ninth Circuit.

May 5, 1930.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to stipulations of counsel for the respective parties, ordered appeals dismissed.

**Linus WEINZIERL v. UNITED STATES of America.**

**No. 5598.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1930.

J. J. Spillane, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**Murray C. WEIR, as Receiver of the Air Friction Carburetor Co., v. Chas. M. DEAN, as Collector of Internal Revenue.**

**No. 5348.**

Circuit Court of Appeals, Sixth Circuit.

March 7, 1930.

D. W. & A. S. Iddings and A. W. Schulman, all of Dayton, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Murray C. WEIR, as Receiver of the Air Friction Carburetor Co., v. Stephen T. McGRATH, as Collector of Internal Revenue.**

**No. 5347.**

Circuit Court of Appeals, Sixth Circuit.

March 7, 1930.

D. W. & A. S. Iddings and A. W. Schulman, all of Dayton, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Hugh WELLS, Trustee of the Nash Holzhauser Company, v. NORTH AMERICAN BANKING & SAVINGS CO.**

**No. 5575.**

Circuit Court of Appeals, Sixth Circuit.

March 10, 1930.

Grossman & Grossman, of Cleveland, Ohio, for appellant.

Frank T. Cullitan, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.